UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

EUREKA INVESTMENT GROUP, INC., UMESH PATEL AND LEE PATEL, individually and as trustees of the Umesh Patel and Lee Patel Revocable Trust,

          Defendants.

/

NO. CIV. S-09-1425 LKK/KJM

O R D E R

    A status conference was scheduled to be held in chambers on August 10, 2009.  Scott N. Johnson appeared as counsel for plaintiff; Timothy T. Huber appeared telephonically as counsel for all defendants.  After hearing, the court orders as follows:

    1.    The parties are directed to notify the court when they are ready to proceed with a status conference.

    IT IS SO ORDERED.

    DATED:  August 12, 2009.

*[Signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1