SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Eureka Investment Group, Inc., et al,<br><br>Defendants | Case No.: CIV.S 09-cv-01425-LKK-KJM<br><br>**STIPULATED DISMISSAL OF UMESH D. PATEL; LEE U. PATEL AND ORDER**<br><br>Complaint Filed: MAY 22 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Umesh D. Patel; Lee U. Patel) be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (Umesh D. Patel; Lee U. Patel) are dismissed because these Defendants have filed Chapter 11 Bankruptcy.

1

STIPULATED DISMISSAL and Proposed ORDER                    CIV: S-09-01425-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: October 15, 2009                    /s/Scott N. Johnson
2                                              SCOTT N. JOHNSON
                                               Attorney for Plaintiff
3

4  Dated: October ___, 2009                   _____
5                                              TIMOTHY T. HUBER
                                               Attorney for Defendants
6

7

8  **IT IS SO ORDERED**.

9

10 Dated:  October 19, 2009

11

12

13                    /s/ Lawrence K. Karlton
                      LAWRENCE K. KARLTON
14                    SENIOR JUDGE
                      UNITED STATES DISTRICT COURT

2

STIPULATED DISMISSAL and Proposed ORDER                         CIV: S-09-01425-LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com